Christopher V. Hoke, (Atty. #1211098)
Hoke Law
2825 Rose St. #202
Anchorage, AK 99508
(907)331-0437
chris@hoke-law.com
Attorney for Plaintiff*s

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AK Industrial Hemp Association Inc,Primo Farms North LLC d/b/a Primo, GD Sales LLC, d/b/a Hempire-Co, McDonough Corp Inc, d/b/a Frontier CBDs, ALASKA EDIBLES LLC, d/b/a ALASKA GUMMIES<br><br>Plaintiff(s),<br><br>v.<br><br>Alaska Department of Natural Resources, John C. Boyle III (Commissioner Alaska Department Natural resources), Alaska Division of Agriculture, Bryan Scoresby (Director Division of Agriculture), State of Alaska, Nacy Dahlstrom (Alaska Lieutenant Governor),<br><br>Defendant(s) | Case No. |

## MOTION FOR TEMPORARY RESTRAINING ORDER OR ALTERNATIVE MOTION FOR PRELIMINARY INJUNCTION

Pursuant to FRCP 65(a)-(b), plaintiffs move this court for a temporary restraining order or in the alternative a preliminary injunction against defendants, enjoining them from enforcement of newly amended regulations 11 AAC 40.101-

1

910, agency regulations Ordered to go into effect by the Department of Natural Resources, Division of Agriculture on November 3, 2023.

This motion is filed with a Memorandum in Support, and Affidavit of Counsel whom certifies that a TRO can be granted in accordance with the rules.

Set forth in the Complaint for Declaratory Relief and Injunctive Relief, there is a reasonable likelihood that that plaintiffs will succeed on the merits, because of violations of the Dormant Commerce Clause, Supremacy Clause, 5th Amendment of the Federal Constitution, and that the regulations are void for vagueness.

The following are exhibits that accompany the Complaint, that also support this motion:

Exhibit 1 – USDA Exec. Summary of New Hemp Authorities (5/28/2019)
Exhibit 2 - Amended DNR Regulations 11 AAC 40.010-910 (9/23/2023)
Exhibit 3 – Dep't of Law – Letter to L. Gov. Nancy Dahlstrom (9/29/2023)
Exhibit 4 – DNR Press Release (10/5/2023)
Exhibit 5 – Spreadsheet of most recent Hemp Program Registrants (10/24/2023)
Exhibit 6 – Spreadsheet of Hemp Program "Endorsed Products" (10/23/2023)
Exhibit 7 – Public Notice (6/8/2023)
Affidavit 1 – Joey Bressor
Affidavit 2 – David Smith
Affidavit 3 - Anthony Dellpietro
Affidavit 4 - Danny Ferguson          (anticipated to supplement asap)
Affidavit 5 – Shawn McDonough          (anticipated to supplement asap)

Conclusion

For the reasons set forth here and in the Memorandum in Support of this motion, plaintiffs request the court expeditiously enter an Order granting plaintiffs a Temporary Restraining Order that enjoins the defendant from enforcing the amended regulations to 11 AAC 40.010-910 set to go into effect November 3, 2023, and for all other relief to which Plaintiffs are entitled.

Dated: November 2, 2023.

Respectfully submitted,

*/s/ Christopher V. Hoke*

Christopher V. Hoke (1211098)
Hoke Law
2825 Rose St. #202
Anchorage, AK 99508
(907) 331-0437
(907) 887-1164
chris@hoke-law.com