Christopher V. Hoke, (Atty. #1211098)
Hoke Law
2825 Rose St. #202
Anchorage, AK 99508
(907)331-0437
chris@hoke-law.com
Attorney for Plaintiff*s

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AK Industrial Hemp Association Inc, Primo Farms North LLC d/b/a Primo, GD Sales LLC, d/b/a Hempire-Co, McDonough Corp Inc, d/b/a Frontier CBDs, ALASKA EDIBLES LLC, d/b/a ALASKA GUMMIES<br><br>Plaintiff(s),<br><br>v.<br><br>Alaska Department of Natural Resources,<br><br>John C. Boyle III (Commissioner Alaska Department Natural resources),<br><br>Alaska Division of Agriculture,<br><br>Bryan Scoresby (Director Division of Agriculture),<br><br>State of Alaska,<br><br>Nacy Dahlstrom (Alaska Lieutenant Governor),<br><br>Defendant(s) | Case No. |

**AFFIDAVIT**

I, Joey Bressor, being of age, and being duly sworn, depose and state as follows:

1. I am the Managing Member of ALASKA EDIBLES LLC, doing business as ALASKA GUMMIES DBA (hereinafter referred to as "ALASKA EDIBLES LLC").

2. ALASKA EDIBLES LLC is a limited liability company located at 3807 West Machen Rd. Unit B, Wasilla, AK 99623.

3. ALASKA EDIBLES LLC has 37 endorsed products and does not hold any AMCO endorsements.

4. All products offered by ALASKA EDIBLES LLC have been subjected to comprehensive testing to ensure compliance with industry standards. These tests include checks for heavy metals, pesticides, microbes, and mycotoxins. All testing has been conducted at out-of-state DEA certified labs.

5. As of the date of this affidavit, ALASKA EDIBLES LLC is in possession of 28,287 packages of various hemp products, with an estimated total retail value of $697,740.

6. ALASKA EDIBLES LLC is uncertain and confused about the legal implications and consequences of continuing to possess and sell its inventory on or after November 3, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __2__ day of __November__, 20.__23__

_____
Joey Bressor
ALASKA EDIBLES LLC

[Notary seal: BILLY JENKINS, NOTARY PUBLIC, STATE OF ALASKA, MY COMMISSION EXPIRES JUNE 22, 2027]

SUBSCRIBED AND SWORN to before me this __2ND__ day of __November__ 2023.

Notary Public in and for the State of __ALASKA__
My commission expires: __JUNE 22, 2027__

Signed: [signature]

By: BiLLy JENKINS

(print name)