Christopher V. Hoke, (Atty. #1211098)
Hoke Law
2825 Rose St. #202
Anchorage, AK 99508
(907)331-0437
chris@hoke-law.com
Attorney for Plaintiff*s

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AK Industrial Hemp Association Inc, Primo Farms North LLC d/b/a Primo, GD Sales LLC, d/b/a Hempire-Co, McDonough Corp Inc, d/b/a Frontier CBDs, ALASKA EDIBLES LLC, d/b/a ALASKA GUMMIES<br><br>Plaintiff(s),<br><br>v.<br><br>Alaska Department of Natural Resources,<br><br>John C. Boyle III (Commissioner Alaska Department Natural resources),<br><br>Alaska Division of Agriculture,<br><br>Bryan Scoresby (Director Division of Agriculture),<br><br>State of Alaska,<br><br>Nacy Dahlstrom (Alaska Lieutenant Governor),<br><br>Defendant(s) | Case No. |

**AFFIDAVIT**

I, David Smith, being of legal age, being duly sworn, hereby depose and state as follows:

1. I am a member of GD Sales LLC, doing business as Hempire-Co, and I have been authorized to provide the following information on behalf of the company.
2. GD Sales LLC is structured as a Limited Liability Company and is owned by GD Services Company, which, in turn, is solely owned by Kerby Coman.
3. To the best of my knowledge, there are no other members or partners involved in GD Sales LLC.
4. The business address of GD Sales LLC, doing business as Hempire-Co, is 6570 W Trevett Cir, Wasilla, AK 99623.
5. Our company has obtained a total of 13 different endorsements, enabling us to offer a variety of 91 distinct hemp products.
6. GD Sales LLC, doing business as Hempire-Co, does not own or operate any other hemp businesses.
7. While GD Sales LLC and GD Services Company do not possess AMCO licenses, it should be noted that Kerby Coman holds several AMCO licenses under different entities.
8. All of the products offered by GD Sales LLC, doing business as Hempire-Co, undergo thorough testing for heavy metals, pesticides, microbes, and mycotoxins. These tests are conducted by out-of-state DEA certified labs to ensure product quality and compliance with safety standards.
9. Currently, our company is in possession of 9,190 packages of hemp products.
10. The approximate retail value of the hemp products currently in our possession is $588,142.

11. I make this affidavit to convey the pertinent information regarding GD Sales LLC, doing business as Hempire-Co, and our products. Furthermore, we seek clarification on whether continued possession of our inventory on or after November 3, 2023, could lead to our arrest or criminal penalties.

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

_David Smith_

David Smith

~~October 30th, 2023~~

Nov. 2nd, 2023

Sworn to and subscribed before me on this 2 day of November, 2023.

[Notary Public's Signature] _Kayley Clinch_

[Notary Public's Name] Kayley Clinch

[Notary Public's Commission Expiration Date] 07/08/2024

[Notary Public's Seal, if applicable]



OFFICIAL SEAL
Kayley Clinch
Notary Public-State of Alaska
My Comm. Expires: 07/08/2024