# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| AK INDUSTRIAL HEMP ASSOCIATION, INC., et al.<br>*Plaintiff*<br>v.<br>ALASKA DEPARTMENT OF NATURAL RESOURCES, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:23-cv-00253-KFR |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the Defendant's Motion for Summary Judgment at Docket 32 is **GRANTED.** All of plaintiffs' claims in their Amended Complaint are **DISMISSED.**

APPROVED:

**s/Kyle F. Reardon**
Kyle F. Reardon
United States Magistrate Judge

Date: May 23, 2025

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*